■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILMON VINCENT, Appellant. [979 NYS2d 905]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered March 2, 2011. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of manslaughter in the first degree (Penal Law § 125.20 [1]). Contrary to defendant's contention, he knowingly, voluntarily and intelligently waived the right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256 [2006]), and that valid waiver of the right to appeal encompasses his challenge to the severity of the bargained-for sentence (*see id.* at 255; *see generally People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Fahey, Peradotto, Lindley and Sconiers, JJ.